FILED

07/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0086

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0086

STATE OF MONTANA,

Plaintiff and Appellee,

v.

LUKE STROMMEN,

Defendant and Appellant.

**ORDER**

On June 30, 2021, Appellant's counsel has filed a motion for extension of time until July 26, 2021, for Court Reporter Kelley Barstad to file transcripts in the referenced matter. One July 1 Barstad filed the transcripts. Therefore,

IT IS ORDERED that the motion for extension of time is moot.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 1 2021